

October 20, 2025

Laura-Michelle Horgan, Esq.
Partner
Tel': (212) 603-6365
Email: lmhorgan@leechtishman.com

**Via ECF Filing**

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 13-B South
Chambers 1230
Brooklyn, NY 11201

    Re: *Sol NY Corp. v. Sams International Group LLC et al;*
       Case No. 24 CV 3964 (AMD)(CLP)

Your Honor:

  We represent Plaintiff, SOL NY Corp. d/b/a "SOL Trading" ("Plaintiff" or "SOL NY"). We write with consent of all sides to provide a status report to the Court pursuant to Your Honor's Order issued on August 8, 2025.

  As of last Friday, October 17, 2025, the Motion to Dismiss by Defendants Boston Wholesale Outlet, Inc., Kumar, Inc. d/b/a Ravi's Wholesale Market, Circle Five Distributors LLC, Smoker Choice Distributor LLC, and Vision Cigar & Cigarette Wholesale LLC (the "MA/NH Defendants") was fully briefed. (*See* ECF Nos. 115, 117, 125.) At the pre-motion hearing held on October 6, 2025, Judge Donnelly stayed discovery as to the MA/NH Defendants while the motion is pending. For the reasons set forth in its Opposition, Plaintiff requested that the Motion to Dismiss be denied or that the Court grant Plaintiff the opportunity to conduct limited jurisdictional discovery.

  Pursuant to Your Honor's Scheduling Order issued on August 8, 2025, Plaintiff and Sam's International Group LLC a/k/a Sig Distro a/k/a Sig Distribution a/k/a Sig Distro Wholesale, Feel Good Industry LLC, Direct Imports, LLC, Samuel A. Habib, Edgar A. Mohammed, Peter A. Mesak, Bhagat Distributors, Inc. d/b/a "Gotham Distributors" and Mahant Krup 56 LLC d/b/a "Empire Smoke Distributors" (the "NY/Habib Defendants") exchanged document requests and interrogatories on September 15, 2025.

LEECH TISHMAN ROBINSON BROG, PLLC

One Dag Hammarskjold Plaza  |  885 Second Avenue, 3rd Floor  |  New York, NY 10077  |  T: 212.603.6300  |  F: 212.956.2164

leechtishman.com

On October 15, 2025, Plaintiff produced responses to twenty-five (25) interrogatories issued by the NY/Habib Defendants. The following day, on October 16, 2025, Plaintiff provided a Verification to the Interrogatories by the President of SOL NY, Anupam Yadav. On October 16th, Plaintiff also responded to 44 document requests from the Habib/NY Defendants and produced its initial set of document production. Plaintiff will continue to produce documents this week. These documents include confidential information that Plaintiff will produce subject to the executed Stipulated Confidentiality Agreement and Proposed Protective Order (ECF No. 119-1). Additionally, Plaintiff proposed a Stipulation and Proposed Order for Electronic Discovery

To date, Plaintiff has not received responses to its interrogatories and document requests issued to the NY/Habib Defendants or any document production. On October 9, 2025, the NY/Habib Defendants filed an application for an extension of 30 to 45 days to respond to Plaintiff's discovery requests (ECF No. 120). Pursuant to Your Honor's Order of October 10, 2025, Plaintiff filed a response to the application and opposed any further extensions of discovery deadlines in this case for the detailed reasons set forth in its letter to the Court. (*See* ECF No. 121).

Respectfully Submitted,

LEECH TISHMAN ROBINSON BROG PLLC.

_____

Laura-Michelle Horgan, Esq.
One Dag Hammarskjöld Plaza
885 Second Avenue, Fl. 3
New York, New York 10017
*Attorneys for Plaintiff*

cc: Robert L. Greener, Esq. (via CM/ECF)
     Donald MacDonald, Esq. (via CM/ECF)

LEECH TISHMAN ROBINSON BROG, PLLC

One Dag Hammarskjold Plaza | 885 Second Avenue, 3rd Floor | New York, NY 10077 | T: 212.603.6300 | F: 212.956.2164
leechtishman.com